168 A.3d 64

**NEFF**

**v.**

**NEFF**

**Pet. Docket No. 142, Sept. Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 951, Sept. Term, 2016).

Petition for writ of certiorari denied

■

168 A.3d 64

**PETERS, Jermaine**

**v.**

**STATE of Maryland**

**Pet. Docket No. 180, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 973, Sept. Term, 2016).

Petition for writ of certiorari denied